# UNITED STATES DISTRICT COURT

## Western District of Wisconsin

FRANK UJAZDOWSKI,

    Petitioner,

v.

C. HOLINKA, Warden,
FCI Oxford, Wisconsin; and
FEDERAL BUREAU OF PRISONS,

    Respondents.

JUDGMENT IN A CIVIL CASE

Case No.: 08-cv-102-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

THERESA M. OWENS

Theresa M. Owens, Clerk

_____
by Deputy Clerk

___3/27/08___
Date

Copy of this document has been provided to:

___, Secretary to
Judge John C. Shabaz